# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NUZHAT BUKARI,<br><br>    Plaintiff,<br><br>vs.<br><br>NEW FREEDOM MORTGAGE CORPORATION, HSBC MORTGAGE CORPORATION USA, CHICAGO TITLE AGENCY OF NEVADA, HOUSEKEY FINANCIAL CORPORATION, MERS,<br><br>    Defendants. | 2:10-CV-00191-PMP-PAL<br><br>**ORDER** |

       Having considered the fully briefed arguments set forth in Plaintiff's Motion for Restraining Order (Doc. #3), filed on February 3, 2010, and Defendants' Motion to Dismiss (Doc. #17) filed April 20, 2010, including the Supplemental Briefing filed by the parties on June 3, 2010, (Doc. #23, #24), as well as the arguments presented at the hearing conducted June 1, 2010, (Doc. #22) and good cause appearing,

       The Court finds that Plaintiff's Motion for Restraining Order (Doc. #3) must be denied and Defendants' Motion to Dismiss (Doc. #17) must be granted.

       For the reasons set forth in Defendants' Motion to Dismiss (Doc. #17) and Reply Memorandum (Doc. #21), each of Plaintiff's claims for relief is without

merit. Moreover, because Plaintiff's Complaint is subject to dismissal, Plaintiff cannot demonstrate a likelihood of success on the merits which would warrant the issuance of injunctive relief.

**IT IS THEREFORE ORDERED that** Defendants' Motion to Dismiss Plaintiff's Complaint and Release Lis Pendens (Doc. #17) is **GRANTED**.

**IT IS FURTHER ORDERED that** the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff Nuzhat Bukhari.

**IT IS FURTHER ORDERED that** Plaintiff's Motion for Restraining Order (Doc. #3) is **DENIED**.

DATED: June 24, 2010.

_____
PHILIP M. PRO
United States District Judge